SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087
Attorney for Ali Khan

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| United States of America, | ) | CR-03-40210 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE SPECIAL ACCOMMODATIONS FOR ORDER DEFENDANT KHAN; PROPOSED ORDER |
| vs. | ) | |
| Ali Khan, et al, | ) | |
| Defendant. | ) | |

Insofar as the defendant Ali Khan has serious medical conditions relating to recent open heart surgery and Type 2 Diabetes, Defendant, Ali Khan, by and through his counsel, Seth P. Chazin, Defendant Mohammad Chaudhry, by and through his counsel Erik Babcock, and The United States of America, by and through Assistant United States Attorney Kirstin Ault,

08 11:52    5104528405                              ERIK BABCOCK
3 11:00a    RECEIVED  05/09/2008 10:52    5104528405                       PAGE  01/01
            law office of seth p. cha                        ERIK BABCOCK
                                                      510-525-0087
08 10:09 From:US ATTORNEY        4154366982    To:510 525 0087        p.3
-2008 14:11 From:US ATTORNEY     4154367234    To:4154365992          P.3/4
07 08 02:14p  law office of seth p. cha        510-525-0087           p.3

hereby stipulate, and request the court so order, that defendant Ali Khan be permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial.

Dated: May 9, 2008.

_____
SETH P. CHAZIN
Attorney for Ali Khan

Dated: May 9, 2008.

_____
ERIK BABCOCK
Attorney for Mohammad Chaudhry

Dated: May 8, 2008.

_____
KIRSTIN AULT
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | ) CR-03-40210 SBA |
| Plaintiff, | ) ORDER RE SPECIAL ACCOMMODATIONS |
| vs. | ) FOR DEFENDANT ALI KHAN |
| Ali Khan, et al. | |
| Defendant. | |

Based upon the above stipulation of the parties to permit special accommodations for Defendant Ali Khan, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the defendant is permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court shall allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial in this matter.

Dated: May 14, 2008.

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE