UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>ALI KHAN,<br><br>           Defendant. | Case No:  CR 03-40210 SBA<br><br>**ORDER VACATING HEARING**<br><br>Docket 191 |

On May 30, 2012, Defendant Ali Khan filed a motion for early termination of probation, which he noticed for hearing on May 8, 2012.  Dkt. 191.  Because Defendant did not provide the requisite amount of notice under Criminal Local Rule 47-2(a), the Clerk reset the motion to May 18, 2012.  As such, the Government should have filed its response by no later than May 11, 2012—but it failed to do so.  Crim. L.R. 47-2(d).  Accordingly,

IT IS HEREBY ORDERED THAT the hearing on Defendant's motion for early termination of probation scheduled for May 18, 2012 is VACATED.  The Government and the Probation Department shall submit their response to the motion by no later than May 17, 2012.  Defendant may file a reply by May 21, 2012.  The matter will be taken under submission without argument.  If the Court requires a hearing on the motion, the Clerk will notify the parties of the date and time of the hearing.

IT IS SO ORDERED.

Dated: May 15, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge