```
 1  SETH P. CHAZIN (CSBN 133777)
    Attorney at Law
 2  LAW OFFICES OF SETH P. CHAZIN
    1164 Solano Avenue
 3  Albany CA 94706
    Telephone: (510) 507-8100
 4  Facsimile: (510) 525-0087

 5  Counsel for Defendant ALI KHAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-03-40210 WDB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [P~~ROPOSED~~] ORDER FOR CONTINUANCE |
| vs. | ) ) | |
| ALI KHAN | ) ) | |
| Defendant. | ) | |

The above-captioned matter is set for motion hearing on June 18, 2012, before this Court. The parties jointly request that the Court continue the matter to June 19, 2012 at 9:30 a.m.

Counsel for the defendant, Seth P. Chazin, is unavailable on June 18th as he is scheduled for a hearing in the Eastern District of California in the matter of *United States vs. Andy Yung Kwong Chan, et al.* on that day. Accordingly, the parties request that this matter be continued to June 19, 2012.

June 12, 2012          /s/
                       **KIRSTIN AULT**
                       **Assistant United States Attorney**


June 12, 2012          /s/
                       **SETH P. CHAZIN**
                       **Counsel for ALI KHAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-03-40210 WDB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER FOR |
| | ) | CONTINUANCE |
| v. | ) | |
| | ) | |
| ALI KHAN | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the motion hearing set for June 18, 2012 shall be continued to June 19, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 14, 2012

*Kandis Westmore*

**MAGISTRATE JUDGE KANDIS WESTMORE**

2